THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS GIRARDI, Appellant.

Argued January 22, 1952; decided March 13, 1952.

*Sydney Rosenthal* and *Keal Kaufman* for appellant.

*T. Vincent Quinn, District Attorney* (*Benjamin J. Jacobson* of counsel), for respondent.

Judgment affirmed.   Appeal from order denying a new trial on the ground of newly discovered evidence dismissed, since such an order in a noncapital case is not reviewable by this court (*People* v. *Luciano,* 275 N. Y. 547).   This is without prejudice to a new motion by defendant, if he be so advised, by way of *coram nobis,* to make the same contentions as in his previous motion for a new trial, as to the merits or effect of which contentions this court takes no position at this time.   No opinion.

Concur:  LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.